M. P. No. 1192. RAYMOND WILBUR *et al. v.* STATE. Petition for leave to file motion for new trial is granted, papers remanded

to Superior Court with direction to allow petitioner to file a motion for a new trial on the ground of newly discovered evidence, said court to hear and pass upon matter as fully as if motion had been regularly filed. See *Kogut v. Bemis,* 72 R. I. 430. *James Cardono,* Public Defender, *Moses Kando,* Asst. Public Defender, *Leo T. Connors,* for petitioner. *Herbert F. DeSimone,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.